Roger Lewis COULTER Appellant

v.

Wendy KELLEY, Director Arkansas Department of Corrections Appellee

No: 16-1488

United States Court of Appeals, Eighth Circuit.

December 06, 2017

Roger Lewis Coulter, Pro Se, Arkansas Department of Corrections—Varner Supermax, Grady, AR, Julie Vandiver, Assistant Federal Public Defender, John Charles Williams, Assistant Federal Public Defender, Federal Public Defender's Office, Little Rock, AR, for Petitioner—Appellant.

Pamela Rumpz, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Respondent–Appellee.

### ORDER

In light of the State's suggestion of death concerning appellant Coulter filed December 5, 2017, the opinion and judgment filed September 14, 2017, are vacated, the appeal is dismissed as moot, and the case is remanded with directions to dismiss Coulter's second amended petition for writ of habeas corpus as moot.